IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:15CR203-1
:
IRBENIS [NMN] MEDEROS :

The Grand Jury charges:

From on or about October 20, 2014, continuing up to and including on or about March 10, 2015, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, IRBENIS [NMN] MEDEROS knowingly did receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

FORFEITURE ALLEGATION

Upon conviction of the offense alleged above, the defendant, IRBENIS [NMN] MEDEROS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code, Section 2252A, and all property, real or personal, used or intended to be used to commit or promote the

commission of the offense of conviction, including but not limited to the following items that were obtained from defendant on March 10, 2015:

    a. One HP Pavilion Laptop, serial number 5CH1380MZR;

    b. One Western Digital My Passport external hard drive, serial number WX51A13C9772.

    c. One Samsung television, serial number Z2Z83CYBB00238X.

All in accordance with Title 18, United States Code, Section 2253, and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL:

_____
ERIC L. IVERSON
ASSISTANT UNITED STATES ATTORNEY

_____
ANAND P. RAMASWAMY
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY

2